1 **Timothy J. Conway**, OSB No. 851752 (Lead Attorney)
   Direct Dial: (503) 802-2027
2    Facsimile: (503) 972-3727
   E-Mail: tim.conway@tonkon.com
3 **Ava L. Schoen**, OSB No. 044072
   Direct Dial: (503) 802-2143
4    Facsimile: (503) 972-3843
   E-Mail: ava.schoen@tonkon.com
5 **Sarah M. Einowski**, OSB No. 093412
   Direct Dial: (503) 802-5738
6    Facsimile: (503) 274-8779
   E-Mail: sarah.einowski@tonkon.com
7 **TONKON TORP LLP**
1600 Pioneer Tower
8 888 S.W. Fifth Avenue
Portland, OR 97204

    Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Peak Web LLC,<br><br>    Debtor. | Case No. 16-32311-pcm11 |
| Peak Web LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Winthrop Resources Corporation, a Minnesota corporation; Hitachi Capital America Corp., a Delaware corporation,<br><br>    Defendants. | Adv. Pro. No. 16-03075-pcm<br><br>**PLAINTIFF'S MOTION TO STRIKE BANC OF AMERICA LEASING & CAPITAL, LLC'S PLEADINGS IN OPPOSITION TO PRELIMINARY INJUNCTION AND MOTION IN LIMINE** |

    Debtor and Plaintiff Peak Web LLC moves this Court for an Order to Strike Banc of America Leasing & Capital, LLC's pleadings, ECF Nos. 22, 22-2, 22-3, 23, and 40.

\* \* \*

**Page 1 of 2** - PLAINTIFF'S MOTION TO STRIKE BANC OF AMERICA LEASING & CAPITAL, LLC'S PLEADINGS IN OPPOSITION TO PRELIMINARY INJUNCTION AND MOTION IN LIMINE

TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 16-03075-pcm    Doc 43    Filed 08/01/16

1 | This Motion is supported by the accompanying Memorandum of Law and the pleadings on
2 | file.
3 | DATED this 1st day of August, 2016.
4 | TONKON TORP LLP
5 |
6 | By /s/ *Ava L. Schoen*
7 | Timothy J. Conway, OSB No. 851752
Ava L. Schoen, OSB No. 044072
Sarah M. Einowski, OSB No. 093412
8 | Attorneys for Peak Web LLC

9 | 038470/00001/7420120v1

**Page 2 of 2** - PLAINTIFF'S MOTION TO STRIKE BANC OF AMERICA LEASING & CAPITAL, LLC'S PLEADINGS IN OPPOSITION TO PRELIMINARY INJUNCTION AND MOTION IN LIMINE

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that the foregoing **PLAINTIFF'S MOTION TO STRIKE BANC OF AMERICA LEASING & CAPITAL, LLC'S PLEADINGS IN OPPOSITION TO PRELIMINARY INJUNCTION AND MOTION IN LIMINE** was served on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below. |

I hereby certify that the foregoing **PLAINTIFF'S MOTION TO STRIKE BANC OF AMERICA LEASING & CAPITAL, LLC'S PLEADINGS IN OPPOSITION TO PRELIMINARY INJUNCTION AND MOTION IN LIMINE** was served on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

In addition, the parties indicated as "Non-ECF" on the attached List of Interested Parties were served by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

DATED this 1st day of August, 2016.

TONKON TORP LLP

By /s/ *Ava L. Schoen*
Timothy J. Conway, OSB No. 851752
Ava L. Schoen, OSB No. 044072
Sarah M. Einowski, OSB 093412
Attorneys for Peak Web LLC

Page 1 of 1 - CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE

I hereby certify that the foregoing **PLAINTIFF'S MOTION TO STRIKE BANC OF AMERICA LEASING & CAPITAL, LLC'S PLEADINGS IN OPPOSITION TO PRELIMINARY INJUNCTION AND MOTION IN LIMINE** was served on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

In addition, the parties indicated as "Non-ECF" on the attached List of Interested Parties were served by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

DATED this 1st day of August, 2016.

TONKON TORP LLP

By /s/ *Ava L. Schoen*
Timothy J. Conway, OSB No. 851752
Ava L. Schoen, OSB No. 044072
Sarah M. Einowski, OSB 093412
Attorneys for Peak Web LLC

Page 1 of 1 -  CERTIFICATE OF SERVICE

# **LIST OF INTERESTED PARTIES**

*Peak Web LLC v. Winthrop Resources Corporation and Hitachi Capital America Corp.*
**Adversary Proceeding No. 3:16-ap-3075**

*In re Peak Web LLC.*
**U.S. Bankruptcy Court Case No. 16-32311-pcm11**

## **ECF PARTICIPANTS**

- TIMOTHY J CONWAY    tim.conway@tonkon.com, nancy.kennedy@tonkon.com;spencer.fisher@tonkon.com;leslie.hurd@tonkon.com
- CONDE T COX    conde@lawofficeofcondecox.com, trishbowcock@comcast.net
- OREN B HAKER    obhaker@stoel.com, docketclerk@stoel.com;lacey.gillet@stoel.com
- MARY JO HESTON    hestonm@lanepowell.com, campbelld@lanepowell.com;docketing-sea@lanepowell.com;barkerd@lanepowell.com
- CODY HOESLY    choesly@lvklaw.com, nsmith@lvklaw.com;docket@lvklaw.com;wlarkins@lvklaw.com;bapplegate@lvklaw.com;mhughes@lvklaw.com
- WILLIAM L LARKINS    wlarkins@larkinsvacura.com, nsmith@larkinsvacura.com;docket@larkinsvacura.com
- AVA L SCHOEN    ava.schoen@tonkon.com, nancy.kennedy@tonkon.com;candace.duncan@tonkon.com
- MARK A. SERLIN    mserlin@globelaw.com, msaetern@globelaw.com;kwhiteford@globelaw.com
- SKYLER M TANNER    tanners@lanepowell.com, beldingt@lanepowell.com;docketing-pdx@lanepowell.com;barkerd@lanepowell.com

1 **Timothy J. Conway**, OSB No. 851752 (Lead Attorney)
   Direct Dial:   (503) 802-2027
2  Facsimile:    (503) 972-3727
   E-Mail:       tim.conway@tonkon.com
3 **Ava L. Schoen**, OSB No. 044072
   Direct Dial:   (503) 802-2143
4  Facsimile:    (503) 972-3843
   E-Mail:       ava.schoen@tonkon.com
5 **Sarah M. Einowski**, OSB No. 093412
   Direct Dial:   (503) 802-5738
6  Facsimile:    (503) 274-8779
   E-Mail:       sarah.einowski@tonkon.com
7 **TONKON TORP LLP**
  1600 Pioneer Tower
8 888 S.W. Fifth Avenue
  Portland, OR  97204

         Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Peak Web LLC,<br><br>        Debtor. | Case No. 16-32311-pcm11 |
| Peak Web LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>Winthrop Resources Corporation, a Minnesota corporation; Hitachi Capital America Corp., a Delaware corporation,<br><br>        Defendants. | Adv. Pro. No. 16-03075-pcm<br><br>**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE BANC OF AMERICA LEASING & CAPITAL, LLC'S PLEADINGS IN OPPOSITION TO PRELIMINARY INJUNCTION AND MOTION IN LIMINE** |

I.   **INTRODUCTION**

Debtor and Plaintiff Peak Web LLC ("Debtor") initiated this adversary proceeding to enjoin two creditors—Winthrop Resources Corporation ("Winthrop") and

**Page 1 of 3** - MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE BANC OF AMERICA LEASING & CAPITAL, LLC'S PLEADINGS IN OPPOSITION TO PRELIMINARY INJUNCTION AND MOTION IN LIMINE
**TONKON TORP** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 16-03075-pcm    Doc 43    Filed 08/01/16

1  Hitachi Capital America Corp. ("Hitachi") (collectively "Defendants")—from continuing to
2  litigate against Debtor's CEO before the Chapter 11 plan is confirmed.  Banc of America
3  Leasing & Capital, LLC ("BALC") is not a party to the lawsuit Winthrop filed in Minnesota
4  state court, is not a party to this adversary proceeding, and has not sought to intervene in this
5  adversary proceeding.  Nonetheless, BALC has filed five pleadings in opposition to Debtor's
6  request:  (1) Opposition to Motion for Preliminary Injunction [ECF No. 22]; (2) Declaration
7  of Kevin P. Whiteford in Opposition to Debtor Peak Web LLC's Motion for Preliminary
8  Injunction [ECF No. 22-1]; (3) Request for Judicial Notice in Support of Opposition to
9  Motion for Preliminary Injunction [ECF No. 22-2]; (4) Exhibit List of Banc of America
10 Leasing & Capital, LLC [ECF No. 23]; and (5) Motion in Limine of Banc of America
11 Leasing & Capital LLC [ECF No. 40].  BALC has no standing to appear in this matter or file
12 such pleadings.  Accordingly, this Court should strike BALC's pleadings.  To the extent the
13 Court does not strike the pleadings, by separate motion, Debtor has filed its opposition to
14 BALC's Motion in Limine, seeking to have that motion denied.

## II. ARGUMENT

BALC has no standing to appear as a party in this adversary proceeding. BALC has not yet sued Mr. Papen on any alleged personal guarantee.  The Minnesota lawsuit was only filed by Winthrop Resources Corporation.  *See* Debtor's Exhibit 33.  BALC is not a defendant in this adversary proceeding.[1]  The fact that the same attorney, until recently, represented both Winthrop and BALC does not somehow make BALC a party to this proceeding. [*See* ECF Nos. 21, 24.]  If BALC wanted to be a party to this case, it should

---

[1] It is disingenuous for BALC to file multiple pleadings in this adversary pleading as if it were a party to this Adversary Proceeding (which it is not) while simultaneously seeking to exclude evidence related to guarantees to creditors who are not defendants in this action because "third parties who are not defendants in this action have no bearing on the merits on the injunctive relief sought."  Debtor agrees that third party creditors and their demands on Mr. Papen are relevant, but only those third parties that have joined this adversary proceeding should be allowed to participate as parties.

Page 2 of 3 - MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE BANC OF AMERICA LEASING & CAPITAL, LLC'S PLEADINGS IN OPPOSITION TO PRELIMINARY INJUNCTION AND MOTION IN LIMINE

TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 16-03075-pcm    Doc 43    Filed 08/01/16

| | |
|---|---|
| 1 | have moved to intervene in the adversary proceeding pursuant to FRCP 24.  It did not do so. |
| 2 | **III.   CONCLUSION** |

BALC is not a party to this adversary proceeding.  Since BALC is not a party it has no standing to file pleadings.  This Court should strike ECF Nos. 22, 22-1, 22-2, 23, and 40.

DATED this 1st day of August, 2016.

TONKON TORP LLP

By /s/ *Ava L. Schoen*
Timothy J. Conway, OSB No. 851752
Ava L. Schoen, OSB No. 044072
Sarah M. Einowski, OSB No. 093412
Attorneys for Peak Web LLC

038470/00001/7420373v1

**Page 3 of 3** -   MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE BANC OF AMERICA LEASING & CAPITAL, LLC'S PLEADINGS IN OPPOSITION TO PRELIMINARY INJUNCTION AND MOTION IN LIMINE
**TONKON TORP** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440
Case 16-03075-pcm    Doc 43    Filed 08/01/16

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that the foregoing **MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE BANC OF AMERICA LEASING & CAPITAL, LLC'S PLEADINGS IN OPPOSITION TO PRELIMINARY INJUNCTION AND MOTION IN LIMINE** was served on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below. |

I hereby certify that the foregoing **MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE BANC OF AMERICA LEASING & CAPITAL, LLC'S PLEADINGS IN OPPOSITION TO PRELIMINARY INJUNCTION AND MOTION IN LIMINE** was served on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

In addition, the parties indicated as "Non-ECF" on the attached List of Interested Parties were served by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

DATED this 1st day of August, 2016.

TONKON TORP LLP

By /s/ *Ava L. Schoen*
Timothy J. Conway, OSB No. 851752
Ava L. Schoen, OSB No. 044072
Sarah M. Einowski, OSB 093412
Attorneys for Peak Web LLC

Page 1 of 1 - CERTIFICATE OF SERVICE

TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440
Case 16-03075-pcm    Doc 43    Filed 08/01/16

# LIST OF INTERESTED PARTIES

*Peak Web LLC v. Winthrop Resources Corporation and Hitachi Capital America Corp.*
**Adversary Proceeding No. 3:16-ap-3075**

*In re Peak Web LLC.*
**U.S. Bankruptcy Court Case No. 16-32311-pcm11**

## ECF PARTICIPANTS

- TIMOTHY J CONWAY    tim.conway@tonkon.com, nancy.kennedy@tonkon.com;spencer.fisher@tonkon.com;leslie.hurd@tonkon.com
- CONDE T COX    conde@lawofficeofcondecox.com, trishbowcock@comcast.net
- OREN B HAKER    obhaker@stoel.com, docketclerk@stoel.com;lacey.gillet@stoel.com
- MARY JO HESTON    hestonm@lanepowell.com, campbelld@lanepowell.com;docketing-sea@lanepowell.com;barkerd@lanepowell.com
- CODY HOESLY    choesly@lvklaw.com, nsmith@lvklaw.com;docket@lvklaw.com;wlarkins@lvklaw.com;bapplegate@lvklaw.com;mhughes@lvklaw.com
- WILLIAM L LARKINS    wlarkins@larkinsvacura.com, nsmith@larkinsvacura.com;docket@larkinsvacura.com
- AVA L SCHOEN    ava.schoen@tonkon.com, nancy.kennedy@tonkon.com;candace.duncan@tonkon.com
- MARK A. SERLIN    mserlin@globelaw.com, msaetern@globelaw.com;kwhiteford@globelaw.com
- SKYLER M TANNER    tanners@lanepowell.com, beldingt@lanepowell.com;docketing-pdx@lanepowell.com;barkerd@lanepowell.com